Opinion issued January 19, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00927-CV

———————————

brinkmann
investments, inc. d/b/a brinkmann roofing company, Appellant

V.

anthony
khalil and nadia khalil, Appellees



 



 

On Appeal from the 268th District Court 

Fort Bend County, Texas



Trial Court Cause No. 10DCV185537

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Higley and Brown.